UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------

SHULEM NEIMAN

                    Plaintiff,

      -against-

TCM GROUP, LLC

                    Defendant.

--------------------------------------------------------

15 CV 6072 (ENV)

FILED
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 27 2016 ★

BROOKLYN OFFICE

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by counsel on behalf of the plaintiff, pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

*Adam J. Fishbein*

---

Adam J. Fishbein, P.C.  (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:

/s/ USDJ ERIC N. VITALIANO

---

U.S.D.J.

JUL 27 2016

The clerk is directed to close this case.